[Civ. No. 1561. First Appellate District.—September 2, 1915.]

## MAX AIZENBERG, Respondent, v. O. F. ANDERSON et al., Appellants.

APPEAL—FINDINGS—CONFLICTING EVIDENCE.—The findings of the trial court will not be disturbed on appeal where there is a conflict in the evidence upon which they are based.

APPEAL from a judgment of the Superior Court of the City and County of San Francisco and from an order denying a new trial. E. P. Mogan, Judge.

The facts are stated in the opinion of the court.

Leo Kaufmann, for Appellants.

Edgar C. Levey, and George M. Lipman, for Respondent.

THE COURT.—The only point presented upon this appeal is as to the sufficiency of the evidence to sustain the findings and judgment of the court. Upon a careful examination of the record we find that there is a substantial conflict in the evidence in respect to those findings of which the appellants complain; and that this being so, the findings and judgment of the trial court will not be disturbed upon appeal.

The judgment and order are affirmed.